

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,440-09

### EX PARTE LOUIS FRED GONZALES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. B20764-1806 IN THE 242ND DISTRICT COURT
### FROM HALE COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of theft and sentenced to four years' imprisonment. His appeal was dismissed for want of jurisdiction. *Gonzales v. State,* No. 07-19-00356-CR (Tex. App.–Amarillo, Nov. 6, 2019).

Applicant contends that the prosecutor breached the plea bargain and that he did not receive pre-sentence credit. Applicant's claim concerning his plea bargain is denied. His pre-sentence claim is dismissed. *Ex parte Ybarra*, 149 S.W.3d 147, 148-49 (Tex. Crim. App. 2004) (the appropriate remedy for obtaining pre-sentence jail time credit is to present the issue to the trial court by way of

a nunc pro tunc motion, and if the trial court fails to respond, to seek relief in the Court of Appeals by way of a petition for a writ of mandamus). Accordingly, this application is denied in part and dismissed in part. *Ex parte Deeringer*, 210 S.W.3d 616, 617-18 (Tex. Crim. App. 2006).

Filed: April 14, 2021
Do not publish